**Order entered August 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00741-CV

## DENNIS TOPLETZ, ET AL., APPELLANTS

## V.

## CITY OF DALLAS, ET AL., APPELLEES

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13993**

## ORDER

We **GRANT IN PART** the August 5, 2016 motion for extension of time to file appellees' brief by granting a twenty-day extension of time to file appellees' brief. We **ORDER** appellees James Choice and Reneka Towers to file their brief no later than September 12, 2016.

/s/    CAROLYN WRIGHT
           CHIEF JUSTICE